469 A.2d 295.

Commonwealth v. Daniels, Appellant.

Submitted November 8, 1983. Donald P. Tarosky, for appellant; Judith Karns Ciszek, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, CIRILLO and CERCONE, JJ.

Affirmed.